1994.   GAINESVILLE REALTY COMPANY *v.* LANGFORD.

HILL, C. J.   The only question in this case is one of fact.   No error of law is complained of, and the evidence supports the verdict.

*Judgment affirmed.*

Appeal, from Hall superior court—Judge Kimsey.   June 16, 1909.

Submitted July 20,—Decided November 9, 1909.

*W. M. Johnson,* for plaintiff.
*B. P. Gaillard Jr.,* for defendant.